No. 1162. BOARDMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *John G. Brooks* and *William M. Kunstler* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1204. MADOLE v. OKLAHOMA EX REL. DEPARTMENT OF HIGHWAYS OF OKLAHOMA. Sup. Ct. Okla. Certiorari denied. *Jerome E. Hemry* for petitioner. *Thomas N. Keltner* for respondent.

No. 475. JONES v. HOPPER ET AL. C. A. 10th Cir. Motion of National Education Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Harry K. Nier, Jr.,* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *John P. Moore,* Deputy Attorney General, *Robert L. Hoecker,* Assistant Attorney General, and *Richard W. Laugesen, Jr.,* Special Assistant Attorney General, for respondents. Briefs of *amici curiae* in support of the petition were filed by *William W. Van Alstyne* and *Herman I. Orentlicher* for American Assn. of University Professors, and *David Rubin, Richard J. Medalie,* and *Alvin Friedman* for National Education Assn.

No. 732. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Moses Krislov, D. Bruce Shine,* and *P. D. Maktos* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.